

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00552-CR

Style:      Iririan Salinas

**v** The State of Texas

Date motion filed[*]:      April 22, 2014

Type of motion:      Motion for extension of time to file brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

If motion to extend time:

     Original due date:      August 8, 2013

     Number of extensions granted:      0      Current Due date: April 24, 2014

     Date Requested:      June 9, 2014

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: June 9, 2014

         ☑      No further extensions of time will be granted

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **The motion is granted. Appellant's brief shall be filed no later than June 9, 2014.**
     **No further extensions of time for the filing of appellant's brief will be granted.**

Judge's signature: /s/ Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____

Date: May 15, 2014

November 7, 2008 Revision